169 F.3d 594
 1999 Daily Journal D.A.R. 1703
 Cherie CHARAS, Plaintiff-Appellant,
v.
TRANS WORLD AIRLINES, INC., a Missouri corporation,
Defendant-Appellee.
Mildred Jacoby, Plaintiff-Appellant,
v.
Trans World Airlines, Inc., Defendant-Appellee,
and
John Doe, 1-10; Jane Doe, 1-10; Doe Corporations, 1-10;
Doe Partners, 1-10; Doe Entities, 1-10, Defendants.
Bernice Gulley, Plaintiff-Appellant,
v.
American Airlines; AMR Corporation; American Eagle
Airlines, Defendants-Appellees.
Elizabeth Newman, Plaintiff-Appellant,
v.
American Airlines, Inc., Defendant-Appellee,
and
Does 1 through 50, inclusive, Defendants.
Robert A. Beverage, Plaintiff-Appellant,
v.
Continental Airlines, Inc., Defendant-Appellee.
 Nos. 96-15490, 96-15543, 96-15791, 97-15158 and 97-55115.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 23, 1999.
 
 Appeal from the United States District Court for the Northern District of California; Thelton E. Henderson, District Judge, Presiding. D.C. No. CV-95-00504-TEH.
 Appeal from the United States District Court for the District of Hawaii; Helen Gillmor, District Judge, Presiding. D.C. No. CV-94-00963-HG/FIY.
 Appeal from the United States District Court for the Northern District of California; D. Lowell Jensen, District Judge, Presiding. D.C. No. CV-93-04044-DLJ.
 Appeal from the United States District Court for the Southern District of California; Napoleon A. Jones, District Judge, Presiding. D.C. No. CV-95-02530-NAJ.
 Appeal from the United States District Court for the Northern District of California; D. Lowell Jensen, District Judge, Presiding. D.C. No. CV-96-03253-DLJ.
 Before: HUG, Chief Judge, BROWNING, FLETCHER, BRUNETTI, THOMPSON, FERNANDEZ, RYMER, T. G. NELSON, KLEINFELD, TASHIMA, and SILVERMAN, Circuit Judges.
 
 Prior report: 160 F.3d 1259
 ORDER
 
 1
 Appellee American Airlines filed a "Petition for Rehearing and Suggestion for Rehearing En Banc" due to a factual error in the Opinion. The Opinion filed in this case on November 30, 1998 is amended at Slip op. page 13310, last three lines through page 13311, line 1 [160 F.3d at 1262], as follows:
 
 
 2
 The last sentence on Slip op. page 13310 [160 F.3d at 1262] and carrying over to the next page should read: "Prior to obtaining the required certificate, Newman was not permitted to board and was required to stay overnight at a motel."
 
 
 3
 With this amendment, the en banc panel votes to deny the petition for rehearing and rejects the suggestion for rehearing en banc.